1  ROBERT E. ATKINSON, ESQ., Bar No. 9958
   Email: robert@nv-lawfirm.com
2  **ATKINSON LAW ASSOCIATES LTD.**
3  376 E Warm Springs Rd, Suite 130
   Las Vegas, NV 89119
4  Telephone: (702) 614-0600
   *Attorney for Christopher P. Burke, Respondent*
5

6                  **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
7

| | |
|---|---|
| In re: | Case 3:24-cv-00321-ART-CLB |
| ROAM MAUI LLC | *Motion from the Bankruptcy Court* <br> Nevada Bankruptcy Case No. 24-50840-hlb <br> Chapter 7 |
| Debtor. | |
| CHRISTOPHER P. BURKE | Adversary Proceeding 24-05002-hlb |
| Plaintiff <br> v. <br> KYLE T. ANDERSON, in his capacity as trustee of the Kyle Anderson Irrevocable Trust <br> Defendant | |
| KYLE T. ANDERSON, in his capacity as trustee of the Kyle Anderson Irrevocable Trust <br> Movant <br> v. <br> CHRISTOPHER P. BURKE <br> Respondent | **ORDER GRANTING STIPULATION TO DISMISS** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the approved settlement agreement between the parties, the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel hereby stipulate and agree as follows:

-1-

-2-

1. This district court case shall be dismissed, with prejudice.
2. Each side shall bear their own attorney's fees and costs.
3. Any pending hearings shall be vacated.

**IT IS SO STIPULATED.**

# # # # #

Dated: December 3, 2024                               Dated: December 3, 2024

**ATKINSON LAW ASSOCIATES LTD.**          **JONES & ASSOCIATES**

/s/ Robert E. Atkinson                                      /s/ Roland Jones
ROBERT E. ATKINSON, Esq.                         ROLAND GARY JONES, Esq.
Nevada Bar No. #9958                                    New York Bar No. RGJ-6902 (pro hac)
*Attorney for Plaintiff*                                      *Attorney for Defendant*

                                                                        **IT IS SO ORDERED:**

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE

                                                                        DATED:     December 12, 2024

-2-